■ FIVE BORO ELECTRICAL CONTRACTORS ASSOCIATION, INC., et al., v. CITY OF NEW YORK et al.— Motion granted only to the extent of directing the plaintiffs-respondents-appellants and the defendant-appellant-respondent to file briefs on or before August 15, 1961, with notice of argument for the September

1961 Term of this court. Concur — Breitel, J. P., Rabin, Valente, McNally and Bastow, JJ.